**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ROY L. SMARTT,**

              **Plaintiff,**

-vs-                                                      **Case No.  6:11-cv-392-Orl-18GJK**

**ADVANTACARE PAIN MGMT.**
**CENTERS, INC., CHRISTOPHER**
**RECKSIEDLER, DC (Owner),**

              **Defendants.**

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

      This cause came on for consideration without oral argument on the Court's own initiative. On May 24, 2011, the Court entered an order denying Plaintiff's motion to proceed in forma pauperis (Doc. No. 2) and directing Plaintiff to file an amended complaint within twenty-one (21) days. Doc. No. 6. The Court warned Plaintiff that failure to comply in the time provided "will result in a recommendation that the case be dismissed." Doc. No. at 6. The order was served on Plaintiff by Certified Mail. Doc. No. 7. To date, Plaintiff has not filed an amended complaint. Accordingly, it is recommended that the case be dismissed for failure to prosecute and for failing to comply with this Court's order.

      Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from

attacking the factual findings on appeal. The Clerk is directed to send Plaintiff a copy of this order by Certified Mail.

Recommended in Orlando, Florida on June 17, 2011.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge

Counsel of Record

Unrepresented Party

Courtroom Deputy