UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROY L. SMARTT,

Plaintiff,

-vs-  Case No. 6:11-cv-392-Orl-18GJK

ADVANTACARE PAIN MGMT. CENTERS,
INC., CHRISTOPHER RECKSIEDLER, DC
(Owner),

Defendants.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation. The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The case is **DISMISSED** for failure to prosecute and for failing to comply with this Court's order of May 24, 2011. Clerk of the Court is directed to **CLOSE** the case.

It is **SO ORDERED** in Orlando, Florida, this ___8___ day of July, 2011.

G. KENDALL SHARP
Senior United States District Judge

Copies to:

Counsel of Record
United States Magistrate Judge